```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/1/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BYRON BREEZE, JR., on behalf of himself and all others similarly situated,

                Plaintiff,

- against -

BEACON HOTEL L.L.C.,
a New York limited liability company,

                Defendant.
---------------------------------------------------------------X

Case No. 18-cv-9615 (ER)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act because the website is not fully accessible to disabled individuals insofar as, among other things, it is not possible to make an online reservation for an accessible room and its website does not identify the available accommodations at defendant's hotel; and

WHEREAS, defendant is committed to continued compliance with the Americans with Disabilities Act, and it is making the necessary changes to address the alleged issues, and the parties are amicably resolving this litigation on that basis,

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
      March 27, 2019

LAW OFFICES OF NOLAN KLEIN

By: _____
Nolan Klein
*Attorneys for Plaintiff*
39 Broadway, Suite 2250
New York, NY 10006
646.560.3230
klein@nklegal.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro
*Attorneys for Defendant*
77 Water Street, Suite 2100
New York, New York 10005
212.232-1300
Peter.Shapiro@lewisbrisbois.com

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 4/1/2019
New York, New York

4838-2309-7735.1